Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002569
15-SEP-2014
10:27 AM

NO. CAAP-13-0002569

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


U.S. BANK NATIONAL ASSOCIATION,
a National Banking Association,
as Trustee, for JPM ALT 2006-S4,
Plaintiffs/Counterclaim Defendants-Appellees,
v.
THOMAS KOKI,
Defendant/Counterclaimant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-1068-05)

ORDER APPROVING THE SEPTEMBER 8, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed by Defendant-Appellant Thomas Koki (**Appellant**), and the record, it appears that (1) Appellant and Plaintiff-Appellee U.S. Bank National Association, a National Banking Association, as Trustee, for JPM ALT 2006-S4 stipulate to dismiss Appeal No. CAAP-13-0002569; (2) the parties' attorneys have signed the stipulation; (3) the appeal has not been docketed; and

(4) Hawai'i Rules of Appellate Procedure Rule 42(a) provides that where an appeal has not been docketed, "the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-13-0002569 is dismissed. Each party shall bear its own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, September 15, 2014.

Chief Judge

Associate Judge

Associate Judge